[No. 3140-3-III. Division Three. March 18, 1980.]

LARRY LOPEZ, JR., *Appellant,* v. THE CITY OF SUNNYSIDE, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77-2-00280-4, Carl L. Loy, J., entered October 5, 1978. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson and McInturff, JJ.

[No. 3585-II. Division Two. March 20, 1980.]

*In the Matter of the Marriage of* GLADYS ANN LOPER *and* MELVIN EUGENE LOPER.

Appeal from a judgment of the Superior Court for Pierce County, No. 257122, Arthur W. Verharen, J., entered June 30, 1978. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 3003-2-III. Division Three. March 20, 1980.]

JOSEPH BUTLER, ET AL, *Respondents,* v. W. W. VOLAVKA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77-2-01843-3, Blaine Hopp, Jr., J., entered June 30, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson and Roe, JJ.

[No. 3496-8-III. Division Three. March 20, 1980.]

RENAE HIRST, ET AL, *Appellants,* v. LEO A. ZIEGAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 26352, Fred Van Sickle, J., entered May 16, 1979. *Remanded* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.